# In the United States Court of Federal Claims

**No. 06-9C**
**(Filed: March 13, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HOOPESTON II PARTNERS, L.P.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The parties' joint motion, filed on March 3, 2006, for a stay of proceedings in the above-captioned case until 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn